**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20091-CR-WILLIAMS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs

BARTOLO HERNANDEZ

    Defendant.
_____/

**ORDER ON MOTION FOR REDUCTION IN**
**SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)**

**THIS MATTER** is before the Court on Defendant's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (DE 553), the Government's response in opposition (DE 555), Defendant's reply (DE 556), and Defendant's supplemental memorandum (DE 559). After considering the Parties' pleadings, the hearings conducted on March 27, 2020 and April 2, 2020, and the applicable factors set forth in 18 U.S.C. § 3553(a)[1], it is **ORDERED AND ADJDUGED** that the motion is **GRANTED**.

There are "extraordinary and compelling reasons" warranting a "compassionate release" reduction of Defendant's sentence. Because of the coronavirus pandemic, Defendant is currently the only potential caregiver for his 84-year-old mother, Eloina Hernandez, who suffers from degenerative ocular disease and cancer that renders her functionally blind. This condition requires frequent medical monitoring to prevent

---

1 The Court has also considered Attorney General Barr's March 27, 2020 memorandum and directives for guidance in this matter.

1

recurrence, including eye injections every six weeks.  Moreover, Mrs. Hernandez is in remission from a recent bout of cancer.  Mrs. Hernandez also suffers from severe atherosclerosis and has mobility limitations.

Consequently, upon consideration of the record, the discussions during the March 27, 2020 and April 2, 2020 hearings, and relevant authorities, Defendant's previously imposed sentence of imprisonment of 46 months is reduced to time served upon Defendant's completion of 14 days of self-quarantine to ensure no COVID-19 infection.  Upon release, Defendant shall comply with the terms of supervised release previously imposed, and the following special terms of release:

1. Defendant shall remain in home confinement subject to voice monitoring until April 2021.

2. Defendant shall immediately travel to the home of his mother, Eloina Hernandez, where he will be in home confinement subject to voice monitoring until at least January 2021.  While under home confinement, Defendant is permitted to leave Eloina Hernandez's home for grocery shopping, pharmacy pickups, attending medical appointments, and other essential caretaking tasks.

3. Defendant shall immediately report to both the United States Probation Office for the Southern District of Florida and the United States Probation Office for the Eastern District of New York to commence phone monitoring.

4. Should the Defendant's caretaking responsibilities change, the Defendant shall be required to perform community service as directed by Probation in consultation with the Court.

5. Defendant shall file periodic status reports with the Court. The first must be filed within 10 days of this Order and on a monthly basis thereafter, unless otherwise instructed by the Court.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of April, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE