UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20091-CR-WILLIAMS (s)

UNITED STATES OF AMERICA

v.

BARTOLO HERNANDEZ,

     Defendant.
_____/

## DEFENDANT BARTOLO HERNANDEZ'S STATUS REPORT REGARDING TRAVEL PLANS

Defendant Bartolo "Bart" Hernandez, pursuant to this Court's April 13, 2020 Order, hereby submits this status report, and states as follows:

1. Bart Hernandez will travel to Queens, New York by car, departing on Tuesday, April 14, 2020 at 9:00 AM. He will arrive in Florence, South Carolina approximately 10 hours later, and he will stay overnight at the Hampton Inn and Suites. *See* Exhibit 1, Hotel Confirmation.

2. Mr. Hernandez will be traveling in a 2014 White Jeep Cherokee, Florida License No. CXP Q83.

3. On Wednesday, April 15, 2020, Mr. Hernandez will depart from Florence, South Carolina at 8:30 AM and will arrive at his mother's Queens apartment at approximately 8:30 PM that same day. Upon his arrival, he will remain at the residence until contacted by the Eastern District of New York Probation Office. *See* Exhibit 2, Travel Plan Approved by USPO Jeffrey Feldman.

4. Because it is estimated that his arrival will be after the EDNY's USPO business hours, he will call that same office upon its opening in the morning of Thursday, April 16. *See* Exhibit 2. His EDNY USPO is Alex A. Barcenes.

5. On April 13, 2020, undersigned counsel spoke with USPO Feldman, who confirmed that he personally approved Mr. Hernandez's travel plan.

Respectfully submitted,

/s/ Jeffrey E. Marcus
Jeffrey E. Marcus
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court via the Court's CM/ECF System on April 13, 2020, on all counsel or parties of record.

/s/ Jeffrey E. Marcus
Jeffrey E. Marcus