UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20091-CR-WILLIAMS (s)

UNITED STATES OF AMERICA

v.

BARTOLO HERNANDEZ,

     Defendant.

_____/

## **DEFENDANT BARTOLO HERNANDEZ'S MONTHLY STATUS REPORT**

Defendant Bartolo "Bart" Hernandez, pursuant to this Court's April 13, 2020 Order, hereby submits this status report for May 2020, and states as follows:

1.    Mr. Hernandez remains on home confinement at his elderly mother's apartment in New York, where he remains her sole caregiver. Mr. Hernandez is taking her to medical appointments, picking up her medications from the pharmacy and shopping for groceries.

2.    While on home confinement, Mr. Hernandez is under the supervision of EDNY USPO, Alex A. Barcenes, who confirmed to undersigned counsel on May 21, 2020 that Mr. Hernandez has met and continues to meet all conditions of his confinement.

3.    USPO Barcenes conducts periodic FaceTime calls with Mr. Hernandez, including on May 20, 2020. Additionally, Mr. Hernandez remains on phone monitoring, and he receives calls at his mother's apartment at random times throughout the day to ensure he is in the residence.

4.    Through the phone monitoring system, Mr. Hernandez provides notice – one day prior – of when he plans to leave his mother's home and for what purpose, the address where he will be going, as well as the time he will return to the residence. Once he returns to his mother's

apartment, he provides receipts from the store or documentation from the doctor's office through the monitoring system.

5.  The government inquired yesterday about Mr. Hernandez's travel to New York and whether he was accompanied by his wife, Yvette Cuello. Ms. Cuello did accompany him on the 20-hour drive to New York on April 14. Upon their arrival the following day, Ms. Cuello remained in New York for another 9 days while she was on a COVID-related work furlough. Following her return to Florida on April 24, 2020, Ms. Cuello returned to work full-time, and has worked continuously since May 1. She has no plans to return to New York. Accordingly, she has not performed (and cannot perform) any caretaking responsibilities for her mother-in-law.

Respectfully submitted,

/s/ Allison Green
Allison Green
Fla. Bar No. 111382
agreen@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court via the Court's CM/ECF System on May 22, 2020, on all counsel or parties of record.

/s/ Allison Green
Allison Green