UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20091-CR-WILLIAMS (s)

UNITED STATES OF AMERICA

v.

BARTOLO HERNANDEZ,

      Defendant.

_____/

**DEFENDANT BARTOLO HERNANDEZ'S MONTHLY STATUS REPORT AND
REQUEST FOR TELEPHONIC STATUS CONFERENCE**

Defendant Bartolo "Bart" Hernandez, pursuant to this Court's April 13, 2020 Order, hereby submits this status report for January 2021.

1.    Mr. Hernandez remains on home confinement at his elderly mother's apartment in New York, where he remains her sole caregiver. Mr. Hernandez is taking her to medical appointments, picking up her medications from the pharmacy and shopping for groceries.

2.    While on home confinement, Mr. Hernandez is under the supervision of EDNY USPO Joseph Ballo, who confirmed to the undersigned on February 2, 2021 that Mr. Hernandez has met and continues to meet all conditions of his confinement.

3.    Mr. Hernandez remains on phone monitoring, and he receives calls at his mother's apartment at random times throughout the day to ensure he is in the residence. Mr. Hernandez continues to provide notice of when he plans to leave his mother's home and for what purpose, the address where he will be going, as well as the time he will return to the residence. Once he returns to his mother's apartment, he provides receipts from the store or documentation from the doctor's office through the monitoring system.

4. Mr. Hernandez is putting together a transition plan for his mother's care once he is released from home confinement. He is scheduled to complete home confinement on April 8, 2021. Undersigned counsel has spoken to Shelley Gravesande, a licensed practical nurse located in New York, who will be caring for Eloina once Mr. Hernandez is released. Mr. Hernandez's mother has received the first dose of the COVID vaccine, and she is scheduled to receive the second dose on February 22. Ms. Gravesande will receive the COVID vaccine as soon as it becomes available to her. Once Mr. Hernandez is released from confinement, Ms. Gravesande will step in to provide daily care for Mr. Hernandez's mother. Because Mrs. Hernandez has been vaccinated, and Ms. Gravesande is awaiting vaccination, the risk to Mrs. Hernandez of contracting COVID is greatly reduced. Ms. Gravesande is more than qualified to provide the care that Mrs. Hernandez requires.

5. The undersigned believes that a telephonic status conference may be appropriate at this time as Mr. Hernandez nears the conclusion of his term of home confinement.

Respectfully submitted,

/s/ Allison Green
Allison Green
Fla. Bar No. 111382
agreen@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court via the Court's CM/ECF System on February 4, 2021, on all counsel or parties of record.

/s/ Allison Green
Allison Green