UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20091-CR-WILLIAMS (s)

UNITED STATES OF AMERICA

v.

BARTOLO HERNANDEZ,

      Defendant.

_____/

**DEFENDANT BARTOLO HERNANDEZ'S**
**FINAL MONTHLY STATUS REPORT**

Defendant Bartolo Hernandez, pursuant to this Court's April 13, 2020 Order, hereby submits this final status report, and states as follows:

1. Since April 2020, Mr. Hernandez has been living with his mother in Queens, New York, in order to serve as her caregiver during the COVID-19 pandemic.

2. With his custodial sentence coming to a close on April 8, 2021, Mr. Hernandez plans to return to his home in Ft. Lauderdale, Florida to serve out the remainder of his monitored home confinement and supervised release.

3. Both Mr. Hernandez's mother, and Ms. Gravesande, her new caretaker and a licensed nurse practitioner, are fully vaccinated. Ms. Gravesande is ready to begin work as soon as Mr. Hernandez travels home.

4. Mr. Hernandez intends to travel from New York to Florida by car, departing on March 20, 2021. He plans to spend the night of March 20 at the Hampton Inn & Suites in Florence, South Carolina,[1] and to arrive at his home in Ft. Lauderdale the following evening (March 21).

---

[1] The hotel's address and telephone number are as follows: 1735 Stokes Road, Florence, South Carolina 29501; telephone: (843) 662-7000.

5.   Defense counsel has conferred with Mr. Hernandez's New York-based Probation Officer, Joseph Barlow, who confirmed the following: (i) Mr. Hernandez continues to be in full compliance with the terms of his confinement; (ii) Mr. Barlow is aware of, and has no objection to, Mr. Hernandez's travel plans; (iii) Mr. Hernandez will continue to be on voice-monitored supervision through his departure on March 20; and (iv) that Mr. Hernandez will be required to check in with Mr. Barlow upon his arrival in Ft. Lauderdale, at which point supervision will be transferred to the U.S. Probation Office in this District.

6.   Defense counsel has also conferred with Mr. Hernandez's incoming Florida-based Probation Officer, Jeffrey Feldman, and made him aware of Mr. Hernandez's travel plans. USPO Feldman confirmed that upon Mr. Hernandez's arrival in Ft. Lauderdale, he will remain on voice-monitoring until April 8, at which point he will transition to supervised release.

Respectfully submitted,

/s/ Jeffrey E. Marcus
Jeffrey E. Marcus
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4260

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court via the Court's CM/ECF System on March 16, 2021, on all counsel or parties of record.

/s/ Jeffrey E. Marcus
Jeffrey E. Marcus